### ISRAEL BELL v. E. WILBER PATE.

[See 47 Mich. 468.]

*Costs—Stenographer's fees for copy of testimony.*

A stenographer's fees for a copy of his notes are not taxable as costs. It is his duty to file his notes without charge, and he can be compelled to do so; and a payment for such copy is unnecessary.

Motion for retaxation of costs. Submitted April 4. Denied April 5.

*Moore & Moore* for the motion.